Jay L. Rosenlieb, SBN 109737
Gannon Elizabeth Johnson, SBN 253263
KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Ave., Second Floor
Bakersfield, CA 93309
Telephone:  661-395-1000
Facsimile:  661-326-0418
Email:    jlr@kleinlaw.com
          GJohnson@kleinlaw.com

Attorneys for Defendants LORENA
MAYEN, RONI R. MAYEN, AND
MAYEN ENTERPRISE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| RORY CHAVEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LORENA MAYEN;<br>RONI R. MAYEN;<br>MAYEN ENTERPRISE, a California Corporation; and Does 1-10,<br><br>　　　　　Defendants. | Case No. 1:19-CV-00604-LJO-JLT<br><br>**STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE OF ALL NAMED DEFENDANTS; [PROPOSED] ORDER**<br><br>(Doc. 9) |

　　　Plaintiff RORY CHAVEZ, by and through his attorney of record Phyl Grace, Esq. of Potter Handy LLP, and defendants LORENA MAYEN, RONI R. MAYEN, and MAYEN ENTERPRISE (collectively referred to herein as "Defendants"), by and through their attorneys of record Jay L. Rosenlieb, Esq. and Gannon Elizabeth Johnson, Esq. of Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP, hereby stipulate to the following:

　　　1. Defendant LORENA MAYEN shall have up to and including June 20, 2019 to file a responsive pleading to Plaintiff's Complaint for Damages and Injunctive Relief for Violations of American's with Disabilities Act and Unruh Civil

Rights Act;

2. Defendant RONI R. MAYEN shall have up to and including June 20, 2019 to file a responsive pleading to Plaintiff's Complaint for Damages and Injunctive Relief for Violations of American's with Disabilities Act and Unruh Civil Rights Act; and

Good cause exists for the stipulated extensions as Defendants recently retained their counsel, who requires time to review the Complaint and investigate the allegations contained therein prior to filing any responsive pleading(s) on behalf Defendants.

Dated: June 5, 2019

POTTER HANDY LLP

By: /s/_____
PHYL GRACE
Attorney for Plaintiff RORY CHAVEZ

Dated: June 5, 2019

KLEIN, DeNATALE, GOLDNER
COOPER, ROSENLIEB & KIMBALL, LLP

By: /s/_____
JAY L. ROSENLIEB
GANNON ELIZABETH JOHNSON
Attorneys for Defendants LORENA MAYEN, RONI R. MAYEN, AND MAYEN ENTERPRISE

**ORDER**

The stipulation of the parties is **GRANTED**. The defendants SHALL file their responsive pleadings no later than June 20, 2019.

IT IS SO ORDERED.

Dated: __**June 6, 2019**__     ____**/s/ Jennifer L. Thurston**____
UNITED STATES MAGISTRATE JUDGE

2