Jay L. Rosenlieb, SBN 109737
Gannon Elizabeth Johnson, SBN 253263
KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Ave., Second Floor
Bakersfield, CA 93309
Telephone:   661-395-1000
Facsimile:   661-326-0418
Email:   jlr@kleinlaw.com
         GJohnson@kleinlaw.com

Attorneys for Defendants,
LORENA MAYEN, RONI R. MAYEN, and
MAYEN ENTERPRISE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY CHAVEZ,<br><br>                Plaintiff,<br><br>  v.<br><br>LORENA MAYEN; RONI R. MAYEN; MAYEN ENTERPRISE, a California Corporation; and Does 1-10,<br><br>                Defendants. | Case No. 1:19-CV-00604-LJO-JLT<br><br>**STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE OF ALL NAMED DEFENDANTS; [PROPOSED] ORDER**<br><br>(Doc. 11) |

    Plaintiff, RORY CHAVEZ, by and through his attorney of record, Phyl Grace, Esq. of Potter Handy LLP, and defendants, LORENA MAYEN, RONI R. MAYEN, and MAYEN ENTERPRISE (collectively referred to herein as "Defendants"), by and through their attorneys of record Jay L. Rosenlieb, Esq. and Gannon Elizabeth Johnson, Esq. of Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP, hereby stipulate to the following:

    1.    Defendant, LORENA MAYEN, shall have up to and including July 5, 2019 to file a responsive pleading to Plaintiff's Complaint for Damages and Injunctive Relief for Violations of American's with Disabilities Act and Unruh Civil Rights Act;

    2.    Defendant, RONI R. MAYEN, shall have up to and including July 5, 2019 to file a responsive pleading to Plaintiff's Complaint for Damages and Injunctive Relief for Violations of

American's with Disabilities Act and Unruh Civil Rights Act; and

3.  Defendant, MAYEN ENTERPRISE, a California corporation, shall have up to and including July 5, 2019 to file a responsive pleading to Plaintiff's Complaint for Damages and Injunctive Relief for Violations of American's with Disabilities Act and Unruh Civil Rights Act.

Good cause exists for the stipulated extensions as Defendants recently retained their counsel, who requires time to review the Complaint and investigate the allegations contained therein prior to filing any responsive pleading(s) on behalf Defendants.

DATED: June 19, 2019                POTTER HANDY LLP

By: /S/ PHYL GRACE
_____
Attorney for Plaintiff RORY CHAVEZ

DATED: June 19, 2019                KLEIN, DeNATALE, GOLDNER
COOPER, ROSENLIEB & KIMBALL, LLP

By: /S/ JAY L. ROSENLIEB
_____
JAY L. ROSENLIEB
GANNON ELIZABETH JOHNSON
Attorneys for Defendants,
LORENA MAYEN, RONI R. MAYEN,
and MAYEN ENTERPRISE

**ORDER**

IT IS SO ORDERED.

Dated: **June 19, 2019**                **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE