# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY CHAVEZ, <br><br> Plaintiff, <br><br> v. <br><br> LORENA MAYEN, et al., <br><br> Defendants. | Case No.: 1:19-CV-00604 LJO JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT <br> (Doc. 15) |

The parties report they have settled the action. (Doc. 8) They indicate they will seek dismissal of the action soon. Id. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than September 16, 2019**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **July 17, 2019**            **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE