# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY CHAVEZ, | Case No.: 1:19-cv-0604 LJO JLT |
| Plaintiff, | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION IN LIGHT OF THE NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| LORENA MAYEN, et al., | (Doc. 17) |
| Defendants. | |

On August 7, 2019, Rory Chavez filed a Notice of Dismissal, indicating he was dismissing the action with prejudice pursuant to Rule 41. (Doc. 17) Pursuant to Rule 41(a)(1)(A), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because the defendants had not filed an answer or motion for summary judgment, the action was automatically terminated. *Id.* Accordingly, the Clerk of Court **IS DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **August 9, 2019**        **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE